**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1358**

JENNIFER COATES,

                    Plaintiff - Appellant,

          v.

THE MAYOR AND CITY COUNCIL OF BALTIMORE; KIMBERLY
WASHINGTON; STEPHANIE RAWLINGS-BLAKE, All, jointly and
severally,

                    Defendants - Appellees,

          and

CITY OF BALTIMORE,

                    Defendant.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    James  K.  Bredar, District Judge.
(1:10-cv-03419-JKB)

Submitted:  August 16, 2012          Decided:  August 23, 2012

Before SHEDD, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas  Joseph  Maronick,  Jr.,  THE  LAW  OFFICE OF THOMAS J.
MARONICK, JR., LLC, Baltimore, Maryland, for Appellant. George
A.  Nilson,  City  Solicitor,  Gary  Gilkey,  Chief  Solicitor,

Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jennifer Coates appeals the district court's order granting summary judgment in favor of the Mayor and City Council of Baltimore and individual defendants Kimberly Washington and Stephanie Rawlings-Blake in this employment discrimination action pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-2000e-17 (West 2003 & Supp. 2010). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Coates v. The Mayor & City Council of Balt., No. 1:10-cv-03419-JKB (D. Md. Feb. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED